

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2018

No. 04-18-00317-CV

Teresa M. **FAYETTE**,
Appellant

v.

Luciano **REYES** and ABC Trucking,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI04948
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The reporter's record was due to be filed with this court on September 5, 2018. *See* TEX. R. APP. P. 35.1. After the due date, court reporter Amy L. Hinds filed a first notification of late reporter's record. She requested an extension of time to file the record until October 31, 2018.

The request is GRANTED IN PART. The reporter's record is due on October 5, 2018. *See id.* R. 35.3(c) (limiting an extension in an ordinary appeal to thirty days).

If the reporter's record is not filed with this court by October 5, 2018, any requests for additional time to file the record must be accompanied by a signed, written status report.

The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks).

The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date.

A preferred form for the status report, with an accompanying example, is attached to this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2018.



_____

KEITH E. HOTTLE,
Clerk of Court